THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOETIC SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br>    v.<br><br>THE LAW OFFICES OF JAMES W. TALBOT, PLLC, *et al.*,<br><br>                Defendants. | CASE NO. C21-1067-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the case caption[1] (Dkt. No. 24). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The Clerk is DIRECTED to modify the case caption to change "Noetic Specialty Insurance Company" to "ProAssurance Specialty Insurance Company dba Noetic Specialty Insurance."

//

---

[1] The Court notes that attorney James W. Talbot has not properly appeared, and it will thus treat this motion as an unopposed motion to amend the case caption.

MINUTE ORDER
C21-1067-JCC
PAGE - 1

DATED this 8th day of March 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk
