UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROASSURANCE SPECIALTY INSURANCE COMPANY d/b/a NOETIC SPECIALTY INSURANCE,<br><br>Plaintiff,<br><br>v.<br><br>THE LAW OFFICES OF JAMES W. TALBOT, PLLC; JAMES W. TALBOT and his Marital Community, if any; CORONUS XES, LTD., a Wyoming corporation; and GLOMAD SERVICES, LTD., a Wyoming corporation,<br><br>Defendants. | CASE NO. 2:21-cv-01067 JHC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR SUMMARY JUDGMENT |

THIS MATTER comes before the Court on Plaintiff's Motion for Summary Judgment (Dkt. # 28), and the Court having considered:

1. Plaintiff's Motion for Summary Judgment;

2. Declaration of John M. Silk in Support of Plaintiff's Motion for Summary Judgment (and exhibits thereto);

3. Declaration of Lori Watson in Support of Plaintiff's Motion for Summary Judgment (and exhibits thereto); and

ORDER GRANTING UNOPPOSED MOTION FOR SUMMARY JUDGMENT - 1

4. The files and pleadings herein,

Now, therefore, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment, which is unopposed, is granted based on the argument provided by Plaintiff. Noetic has no duty to defend or indemnify Talbot with respect to the Counterclaim alleged in the Underlying Action.

IT IS FURTHER ORDERED that the Coronus Defendants' Counterclaim alleged in this action is dismissed.

Dated this 24th day of June, 2022.

*John H. Chun*
John H. Chun
United States District Judge