# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PROASSURANCE SPECIALTY INSURANCE COMPANY d/b/a NOETIC SPECIALTY INSURANCE<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>THE LAW OFFICES OF JAMES W. TALBOT, PLLC; JAMES W. TALBOT and his Marital Community, if any; CORONUS XES, LTD., a Wyoming corporation; and GLOMAD SERVICES, LTD., a Wyoming corporation<br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:21-cv-01067 JHC |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　Plaintiff's Motion for Summary Judgment is granted.  Noetic has no duty to defend or indemnify Talbot with respect to the Counterclaim alleged in the Underlying Action.  The Court has further ordered that the Coronus Defendants' Counterclaim alleged in this action is dismissed.

　　Dated June 30, 2022.

<div style="margin-left: 3in;">

<u>Ravi Subramanian</u>
Clerk of Court

<u>*/s/Ashleigh Drecktrah*</u>
Deputy Clerk

</div>